**Order entered February 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00004-CR

### KARL AARON MULLENS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063112**

## ORDER

The Court **GRANTS** court reporter Crystal Cannon's February 19, 2015 request for an extension of time to file the reporter's record only to the extent that we **ORDER** Ms. Cannon to file the reporter's record by **MARCH 27, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Crystal Cannon, deputy court reporter, and to counsel for all parties.

/s/      LANA MYERS
            JUSTICE